4917-8462-8247/574-1571

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
TTEC SERVICES CORPORATION,                :        **24 CV 7401 (FB)(RML)**

                        Plaintiff.          :

      –against–                          :        **DECLARATION IN SUPPORT**
                                                                **OF ENTRY OF A DEFAULT**
JETSON ELECTRIC BIKES, LLC,             :        **JUDGMENT BY THE CLERK**

                        Defendant.        :
-------------------------------------------------------X

      Dennis M. Rothman declares:

      1.  I am counsel for plaintiff TTEC Services Corporation (TTEC) in this action.

      2.  I make this declaration pursuant to Local Civil Rule 55.2 in support of the entry by the Clerk of a default judgment against defendant Jetson Electric Bikes, LLC (Jetson).

      3.  The clerk entered a certificate of default against Jetson on January 15, 2025. Dkt. item 11. L. Civ. R. 55.2(a)(1)(A).

      4.  Jetson is a New York limited liability company and not a natural person. The Servicemembers Civil Relief Act, 50a U.S.C. section 521 does not apply. L. Civ. R. 55.2(a)(1)(B).

      5.  Jetson, being a New York limited liability company, is not known to be a minor or an incompetent person. L. Civ. R. 55.2(a)(1)(C).

      6.  All documents in support of this request, including the Clerk's Certificate of default and all papers filed with this application have been mailed to Jetson's last known

business address at 86 34th Street, 4th Floor, Brooklyn, New York 11232, as shown by the accompanying certificate of service. L. Civ. R. 55.2(a)(3).

       7. TTEC's claim seeks payment only of a sum certain and does not seek attorneys' fees or other substantive relief. The accompanying declaration of Jason Zawatski, Group Vice President and Chief Financial Officer of TTEC, shows the principal amount due and owing, with late charges and interest under the agreement of the parties. In addition to principal, interest, and late charges as computed by TTEC in the Zawatski declaration, TTEC seeks to recover its costs of $405 incurred on the filing of this action, docket item 1, pursuant to 28 U.S.C. section 1920(5).

      8. TTEC is entitled to recover its attorneys' fees on this application under the express terms of the written agreement of the parties, as stated in paragraph 35 of the Zawatski declaration. TTEC does not seek attorneys' fees on this application, as the Zawatski declaration states.

      9. TTEC asks for entry of a money judgment by the Clerk against Jetson for the amounts stated in the Zawatski declaration, together with the $405 filing fee stated in paragraph 7, above.

      10. I declare under penalty of perjury that the foregoing is true and correct. Executed at New York, New York on February 7, 2025.

                                                  S/ Dennis M. Rothman
                                                  _____
                                                  Dennis M. Rothman

Certificate Of Service

I declare that on February 7, 2025, I caused the Clerk's Certificate of Default in this action, the declaration of Dennis M. Rothman dated February 7, 2025, and the declaration of Jason Zawatski dated January 28, 2025, with exhibits, to be served by first class mail on defendant Jetson Electric Bikes, LLC at its last known business address at 86 34th Street, 4th Floor, Brooklyn, New York 11232.

I declare under penalty of perjury that the foregoing is true and correct. Executed at New York, New York on February 7, 2025.

S/ Dennis M. Rothman

_____

Dennis M. Rothman
