4927-5301-0969/574-1571

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------X

| | | |
|---|---|---|
| TTEC SERVICES CORPORATION, | : | **24 CV 7401 (FB)(RML)** |
| Plaintiff. | : | |
| –against– | : | **BILL OF COSTS AND DECLARATION IN SUPPORT** |
| JETSON ELECTRIC BIKES, LLC, | : | |
| Defendant. | : | |

-----------------------------------------------------X

Dennis M. Rothman declares:

1. I am counsel for plaintiff TTEC Services Corporation (TTEC) in this action.

2. TTEC seeks recovery of its cost of $405 incurred upon filing the complaint. The receipt of the payment of the filing fee follows this declaration.

3. I declare under penalty of perjury that the foregoing cost is correct and was necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill is served on defendant by first class mail, postage prepaid, as shown in the certificate of service. Executed at New York, New York on February 10, 2025.

S/ Dennis M. Rothman

______________________________
Dennis M. Rothman