4932-7153-1289/574-1571

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
TTEC SERVICES CORPORATION, : **24 CV 7401 (FB)(RML)**

                       Plaintiff. :

    –against– : **JUDGMENT IN A CIVIL ACTION**

JETSON ELECTRIC BIKES, LLC, :

                    Defendant. :
-------------------------------------------------------X

This action having been commenced on October 23, 2024 by the filing of the Summons and Complaint, and an Amended Complaint having been filed on November 26, 2024, and a copy of the Summons and Amended Complaint having been personally served on the defendant Jetson Electric Bikes, LLC, on December 2, 2024, by personal service on the State of New York Department of State as statutory agent for defendant as a New York limited liability company, and the Summons and Amended Company having been mailed to defendant at its last known business address, proofs of service having been filed on December 3, 2024 and December 13, 2024, and the defendant not having answered the Amended Complaint, and the time for answering the Amended Complaint having expired, it is

ORDERED, ADJUGED AND DECREED; That the plaintiff have judgment against defendant in the liquidated amount of $344,788.42, with interest at 1% per month from January 30, 2024 amounting to $31,123.77, and a 1% delinquency charge of $3,447.89, plus costs and disbursements of this action in the amount of $405.00 amounting in all to $379,765.08.

Dated: Brooklyn, New York
February 20, 2025

/S/ Frederic Block